1 | CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

2

3 | PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division

4 | DOUGLAS JOHNS (CABN 314798)
Assistant United States Attorney

5
6 | 60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (415) 846-8947
7 | FAX: (408) 535-5081
Douglas.Johns@usdoj.gov

8
Attorneys for Respondents-Defendants

9

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | OAKLAND DIVISION

13
KHALID FAWZI ZAKZOUK,                  )   CASE NO. 4:25-cv-06254-KAW
14                                      )
        Petitioner-Plaintiff,           )
15                                      )   **STIPULATION AND ORDER AS MODIFIED
   v.                                   )   BY COURT REGARDING BRIEFING
16                                      )   SCHEDULE FOR MOTION FOR
MOISES BECERRA, Acting Field Office    )   TEMPORARY RESTRAINING ORDER**
17 Director of the San Francisco Immigration and )
Customs Enforcement Office;             )
18                                      )   Honorable Kandis A. Westmore
TODD LYONS, Acting Director of United  )   United States Magistrate Judge
19 States Immigration and Customs Enforcement; )
                                        )
20 KRISTI NOEM, Secretary of the United States )
Department of Homeland Security;        )
21                                      )
PAM BONDI, Attorney General of the United )
22 States,                               )
                                        )
23     Respondents-Defendants.          )
                                        )
24

25

26

27

28

STIPULATION RE: BRIEFING SCHEDULE FOR TRO
4:25-CV-06254-KAW

1

1  Pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12, and subject to the Court's approval, Petitioner-
2  Plaintiff Khalid Fawzi Zakzouk ("Plaintiff") and Respondents-Defendants Moises Becerra, Todd Lyons,
3  Kristi Noem, and Pam Bondi ("Defendants") hereby stipulate as follows:

4  WHEREAS, on July 25, 2025, Plaintiff filed a petition for Writ of Habeas Corpus and Complaint
5  for Declaratory and Injunctive Relief and a Motion for Temporary Restraining Order (Dkt. Nos. 1, 2);

6  WHEREAS, on July 26, 2025, the Court entered an order granting Plaintiff's motion for temporary
7  restraining order pending further briefing and hearing (Dkt. No. 3 ("July 26 Order"));

8  WHEREAS, the Court's July 26 Order stated, in relevant part: "This Order shall remain in effect
9  until August 6, 2025, at 5:00 p.m. (*id.* at 7);

10  WHEREAS, Plaintiff and Defendants consent to the Court's July 26 Order remaining in effect
11  pending a decision from the Court on Plaintiff's Motion for Temporary Restraining Order, following
12  briefing and a hearing;

13  WHEREAS, the Court's July 26 Order contained a specific briefing and hearing schedule (*id.* at 7-
14  8);

15  WHEREAS, and after conferring, the parties have agreed on a proposed briefing and hearing
16  schedule for Plaintiff's Motion for Temporary Order;

17  NOW THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants
18  that, subject to the Court's approval:

19  1.  The following deadlines will apply to Plaintiff's Motion for Temporary Restraining Order:

| Event | Date |
|---|---|
| Defendants file Opposition to Plaintiff's Motion for TRO | 8/26/2025 |
| Plaintiff files Reply in Support of Motion for TRO | 8/28/2025 |
|  |  |

| Hearing on Motion for TRO | 09/04/2025 at 1:30 pm at the Oakland Courthouse (or on a date and at a location convenient for the Court) |
|---|---|

2. The Court's July 26 Order will remain in effect pending a decision from this Court on Plaintiff's Motion for Temporary Restraining Order following briefing and a hearing.

DATED: July 29, 2025                                 Respectfully submitted,

                                                                          CRAIG H. MISSAKIAN
                                                                          United States Attorney

                                                                          */s/ Douglas Johns*
                                                                          DOUGLAS JOHNS
                                                                          Assistant United States Attorney

                                                                          *Attorneys for Respondents-Defendants*

DATED: July 29, 2025

                                                                          */s/ Lina Baroudi*
                                                                          LINA BAROUDI
                                                                          Law Office of Lina Baroudi

                                                                          *Attorneys for Plaintiff*

## **ATTESTATION**

In compliance with Civil L.R. 5-1(i)(3), I, Douglas Johns, attest that I have obtained concurrence in the filing of this document from each of the other signatories.

Dated: July 29, 2025                By:     */s/ Douglas Johns*
                                                                  DOUGLAS JOHNS

**ORDER AS MODIFIED BY COURT**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. The following deadlines will apply to Plaintiff's Motion for Temporary Restraining Order:

| Event | Date |
|---|---|
| Defendants file Opposition to Plaintiff's Motion for TRO | 8/26/2025 |
| Plaintiff files Reply in Support of Motion for TRO | 9/9/2025 |
| Hearing on Motion for TRO | **10/2/2025 at 1:30 pm** at the Oakland Courthouse, Courtroom to be determined. |

2. The Court's July 26 Order will remain in effect pending a decision from this Court on Plaintiff's Motion for Temporary Restraining Order following briefing and a hearing.

Pursuant to stipulation, IT IS SO ORDERED.

DATED: July 30, 2025

_____
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge